# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SANFORD STENSON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-148 |
| | * | |
| v. | * | |
| | * | |
| HYPERION BIOTECHNOLOGY, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 11. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, the Court **DISMISSES** Plaintiff's Complaint based on his failure to state a claim and failure to follow this Court's directives. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 14 day of March, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)